STATE v. BAKER

No. 623P87.

Case below: 87 N.C. App. 678.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.

STATE v. BRITT

No. 546P87.

Case below: 87 N.C. App. 152.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.

STATE v. BUTTS

No. 648P87.

Case below: 87 N.C. App. 510.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 3 February 1987.

STATE v. COLLINS

No. 618P87.

Case below: 87 N.C. App. 426.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.

STATE v. DAVIDSON

No. 652P87.

Case below: 87 N.C. App. 510.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 3 February 1988.